UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80006-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**ROBERT CATO, JR.**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge [ECF No. 27]. On May 27, 2021, Magistrate Judge Shaniek Maynard held a Change of Plea hearing and thereafter issued a Report and Recommendation [ECF No. 38]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 38] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Robert Cato, Jr. as to Count 2 of the Indictment is **ACCEPTED**;

3. Defendant Robert Cato, Jr. is adjudicated guilty as to Count 2 of the Indictment, which charges him with possession with intent to distribute fifty (50) grams or more of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii). In exchange for the Defendant's guilty plea, the United States

CASE NO. 21-80006-CR-CANNON

Attorney's Office agrees to dismiss Counts 3 and 4 against the Defendant at sentencing [ECF No. 29 (plea agreement)].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 17th day of June 2021.

                                              **AILEEN M. CANNON**
                                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record